**Order entered January 11, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00631-CR

**BABLOO JOHN WILLIAMS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court No. 9**
**Dallas County, Texas**
**Trial Court Cause No. MB17-63534-K**

### ORDER

Before the Court is the State's January 7, 2021 second motion for an extension of time to file its brief. We **GRANT** the motion and **ORDER** the brief received with the motion filed as of the date of this order.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE